# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

**UNITED STATES OF AMERICA, ET AL**          **CIVIL ACTION NO. 1:65-CV-12721**

**VERSUS**                                   **JUDGE TERRY A. DOUGHTY**

**AVOYELLES PARISH SCHOOL BOARD**            **MAG. JUDGE PEREZ-MONTEZ**

## MOTION FOR APPEAL

On motion of Intervenor/Plaintiff-In-Rule, **ALLEN HOLMES**, in the above entitled and numbered cause, through his undersigned attorney, and on suggesting to the court that the Intervenor/Plaintiff-In-Ruleplaintiff desires to appeal devolutively from the final judgment rendered in the above captioned matter on December 20, 2022.

Respectfully submitted,

**LAW OFFICES OF MALCOLM X. LARVADAIN**

BY:   s/Malcolm X. Larvadain
      Malcolm X. Larvadain, La. Bar #26,066
      **ATTORNEY FOR INTERVENOR/PLAINTIFF-IN-RULE**
      626 Eighth Street
      Alexandria, Louisiana 71301
      TEL. (318) 445-3533
      FAX. (318) 445-4030
      larvadain@bellsouth.net