# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

February 09, 2023

Mr. Tony R. Moore
Western District of Louisiana, Alexandria
United States District Court
300 Fannin Street
Suite 1167
Shreveport, LA 71101-0000

No. 23-30029    Holmes v. Sch Bd of Avoyelles Prsh
USDC No. 1:65-CV-12721

Dear Mr. Moore,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

cc w/encl:
    Mr. Malcolm Xerxes Larvadain
    Mr. Charles Addison Riddle III

# United States Court of Appeals for the Fifth Circuit

---

No. 23-30029

---

UNITED STATES OF AMERICA,

*Plaintiff,*

ALLEN HOLMES, *individually and on behalf of minor child* Q H,

*Intervenor Plaintiff—Appellant,*

*versus*

SCHOOL BOARD OF AVOYELLES PARISH,

*Defendant—Appellee.*

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 1:65-CV-12721

---

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of February 9, 2023, for want of prosecution. The appellant failed to timely order the transcript and make financial arrangements with the court reporter.

A True Copy
Certified order issued Feb 09, 2023

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-30029

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____

Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT